**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**WILLIAM GRANT,**

        **Plaintiff**

v.                                 **CIVIL NO.  3:08-cv-00671-REP**

**ASSET ACCEPTANCE, LLC.**

        **Defendant.**

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, WILLIAM GRANT, by counsel, pursuant to F.R.C.P. 41(a), and hereby stipulates that this cause be dismissed against the Defendant, ASSET ACCEPTANCE, LLC.

Upon representation of the Plaintiff, by counsel, the pleadings and for other good cause shown, Civil Action 3:08-cv-00671-REP be and hereby is DISMISSED without prejudice.

        WILLIAM GRANT

        _____/s/_____
        Leonard A. Bennett, Esq.
        VSB #37523
        Attorney for Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, Virginia 23606
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        lenbennett@cox.net